IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT MESTAS,

    Plaintiff,

v.                                                                                                No. CV 19-792 JHR/CG

CHW GROUP INC., et al.,

    Defendants.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

**THIS MATTER** is before the Court on Defendants CHW Group Inc. and Victor Mandalawi's *Motion for Protective Order to Temporarily Stay Discovery and to Stay all Scheduling Order Deadlines Pending Ruling on Defendants' Motion to Dismiss* (the "Motion"), (Doc. 11), filed October 15, 2019. In the Motion, Defendants request the Court temporarily stay discovery and vacate all current deadlines set in the Court's *Initial Scheduling Order*, pending resolution of their Motion to Dismiss. (Doc. 11 at 3). Defendants explain that prior to filing their Motion, they attempted to seek Plaintiff Robert Mestas' concurrence on the relief sought, but he did not respond. (Doc. 11 at 1).

The Court notes that the parties are scheduled to appear telephonically for a Rule 16 Scheduling Conference on Tuesday, November 5, 2019. (Doc. 7). If the parties responded and replied to Defendants' Motion in the normal course of proceedings, the Motion would not be ripe for disposition until after the November 5, 2019, Rule 16 Scheduling Conference, on November 12, 2019. *See* D.N.M.LR-CIV 7.4(a). As such, for purposes of efficiency, the Court finds an expedited briefing schedule is necessary to judiciously resolve Defendants' Motion. *See* D.N.M.LR-CIV 7.4(c).

**IT IS THEREFORE ORDERED** that the parties shall submit expedited briefing on Defendants' *Motion for Protective Order to Temporarily Stay Discovery and to Stay all Scheduling Order Deadlines Pending Ruling on Defendants' Motion to Dismiss*, (Doc. 11), as follows:

1. Plaintiff shall file a Response to the Motion no later than **Tuesday, October 22, 2019**;

2. Defendants may file a Reply in support of the Motion by **Friday, October 25, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE