**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROBERT MESTAS,

    Plaintiff,

v.                                                                                          No. CV 19-792 MV/CG

CHW GROUP INC., et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND

**THIS MATTER** is before the Court on Defendants CHW Group Inc. and Victor Mandalawi's *Unopposed Motion to Extend Initial Scheduling Order Deadlines* (the "Motion"), (Doc. 15), filed October 19, 2019. In the Motion, Defendants request the Court extend the current deadlines set in the Court's *Initial Scheduling Order*, to allow additional time to prepare responsive pleadings to the pending *Motion to Stay*, (Doc. 11). (Doc. 15 at 3). Having reviewed the Motion and the relevant law, and noting the Motion is unopposed, the Court finds Defendants' *Unopposed Motion to Extend Initial Scheduling Order Deadlines*, (Doc. 15), shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. The parties shall "meet and confer" pursuant to Rule 26(f) by **October 30, 2019**;

2. The parties shall submit a *Joint Status Report* to the Court no later than **November 6, 2019**; and

3. A Telephonic Rule 16 Scheduling Conference shall be held on **November 13, 2019, at 2:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959,

to be connected to the proceedings. In accordance with Rule 26(a), the parties shall exchange initial disclosures before the Telephonic Rule 16 Scheduling Conference.

**IT IS FURTHER ORDERED** that the dates outlined in the Court's *Initial Scheduling Order*, (Doc. 7), are hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE