**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROBERT MESTAS,

    Plaintiff,

v.                                                   No. CV 19-792 MV/CG

CHW GROUP INC., et al.,

    Defendants.

## ORDER VACATING INITIAL SCHEDULING ORDER AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on Defendants' *Motion for Protective Order to Temporarily Stay Discovery and to Stay all Scheduling Order Deadlines Pending Ruling on Defendants' Motion to Dismiss*, (Doc. 11), filed October 15, 2019, and the Court's *Order Granting Motion to Stay Discovery*, (Doc. 21) filed October 28, 2019.

**IT IS THEREFORE ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 7), and the Telephonic Rule 16 Scheduling Conference set for November 13, 2019, at 2:30 p.m. are **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE