IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT MESTAS,

       Plaintiff,

v.                                                                    No. CV 19-792 MV/CG

CHW GROUP INC., et al.,

       Defendants.

## ORDER DENYING MOTION FOR A PROTECTIVE ORDER

**THIS MATTER** is before the Court on the Plaintiff Robert Mestas's *Motion for Protective Order* (the "Motion"), (Doc. 29), filed January 25, 2021. In his Motion, the Plaintiff asks the Court to enter a proposed protective order, which will "allow for the protection of proprietary and confidential information" and which "contains a procedure . . . to challenge any designation of information as confidential." (Doc. 29-1 at 1).

Plaintiff does not indicate whether the Motion is opposed by Defendants, in violation of D.N.M.LR-Civ 7.1(a). (Doc. 29 at 1). According to the Local Rules, the "[m]ovant must determine whether a motion is opposed, and a motion that omits recitation of a good-faith request for concurrence may be summarily denied." D.N.M.LR-Civ 7.1(a). Plaintiff's Motion states that Plaintiff "made a good-faith request for concurrence," but does not detail that attempt nor indicate its outcome, and therefore fails to satisfy D.N.M.LR-Civ 7.1(a).

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion for Protective Order*, (Doc. 29), is **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE