**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROBERT MESTAS,

    Plaintiff,

v.                                        No. CV 19-792 MV/CG

CHW GROUP INC., et al.,

    Defendants.

### **ORDER VACATING STATUS CONFERENCE**

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the Status Conference scheduled for Wednesday, April 7, 2021, at 2:00 p.m. is **VACATED**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE