IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT MESTAS,

    Plaintiff,

v.    No. CV 19-792 MV/CG

CHW GROUP INC., et al.,

    Defendants.

### ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon review of the record. The parties indicate in their *Notice of Resolution,* (Doc. 38), filed April 6, 2021, that they have "agreed to a resolution of all disputes and controversies between them." (Doc. 38 at 1).

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **May 7, 2021**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE